

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00513-CV

**IN THE INTEREST OF B.L.G.**, M.Y.G., P.J.D., R.N.D., and A.V.D., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01530
Honorable Linda A. Rodriguez, Judge Presiding

Opinion by:    Sandee Bryan Marion, Chief Justice

Sitting:    Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

Delivered and Filed: December 11, 2019

AFFIRMED

Appellant C.J. appeals the trial court's order terminating her parental rights to her children B.L.G., M.Y.G, P.J.D, R.N.D, and A.V.D.  Appellant R.D., Jr. appeals the trial court's order terminating his parental rights to his children P.J.D, R.N.D, and A.V.D.

Each of appellants' court-appointed attorneys filed a motion to withdraw and a brief in which each attorney concluded there are no arguable grounds to be raised on appeal.  The briefs satisfy the requirements of *Anders v. California*, 386 U.S. 738 (1967).  *See In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (recognizing *Anders* procedures apply in parental termination cases).  Additionally, the attorneys both certified appellants were sent a copy of the brief and the motion to withdraw, appellants were advised of their right to review the record and file their own brief, and appellants were provided a form motion to request access to the record.  This court issued

orders setting deadlines for appellants to request the record and file a pro se brief; however, neither appellant requested the record or filed a pro se brief.

After reviewing the record and the *Anders* briefs, we agree there are no arguable grounds to be raised on appeal. Therefore, we affirm the trial court's order. We deny the attorneys' motions to withdraw because they do not assert any ground for withdrawal other than their conclusion that the appeal is frivolous. *See id.* at 27–28 (holding counsel's obligations in parental termination cases extend through the exhaustion or waiver of all appeals, including the filing of a petition for review in the Texas Supreme Court).

Sandee Bryan Marion, Chief Justice